UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHRISTOPHER TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES INC, et al.,<br><br>Defendants. | Case No. 24-cv-02164-AGT<br><br>**ORDER ON MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 46 |

The Court construes Adam Taylor's May 29, 2025, motion for reconsideration as a request for leave to file a motion for reconsideration of the Court's May 22, 2025, order compelling arbitration. *See* Dkts. 45, 46; Civil L.R. 7-9. The motion is denied.

**IT IS SO ORDERED.**

Dated: May 30, 2025

Alex G. Tse
United States Magistrate Judge